UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| In Re: | ) | BK No.: 23-81173 |
|---|---|---|
| Paul Andreuccetti | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Confirming Plan**

　　The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 23, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

　IT IS FURTHER ORDERED that:

(1)　The trustee shall not be barred from pursuing bad faith if the plan is modified to less than 100% due to the number of luxury items;
(2)　The plan shall remain 100%;
(3)　The plan is hereby amended accordingly.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: April 05, 2024