**United States Bankruptcy Court**
**Northern District Of Illinois**
**Western Division**

Page   1

| | | | |
|---|---|---|---|
| In RE: | PAUL ANDREUCCETTI<br>225 E FOREST ST<br><br>MARENGO IL 60152 | Case Number<br><br>**23-81173  TML**<br><br>SS #:   xxx-xx-1496      xxx-xx- | 5/6/2024 |

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional  time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | CUTLER & ASSOCIATES, LTD<br>4131 MAIN STREET | ATTORNEY DAVID CUTLER<br>SKOKIE,IL 60076- | 04/05/2024 | 4,525.00 | 4,525.00 | 0.00 | Legal | 100.00 |
| 001-0 | ALLIANT CREDIT UNION<br>PO BOX 66945 | 11545 W TOUHY AVENUE<br>CHICAGO,IL 60666-0945 | 11/16/2023 | 829.84 | 829.84 | 0.00 | Secured | 100.00 |
| 002-0 | ALLY BANK<br>PO BOX 78367 | PAYMENT PROCESSING CENTER<br>PHOENIX,AZ 85062-8367 | 11/28/2023 | 4,156.04 | 4,156.04 | 0.00 | Secured | 100.00 |
| 003-0 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DRIVE  SUITE 300 | BANKRUPTCY DEPARTMENT<br>FISHERS,IN 46037- | 11/29/2023 | 1,979.54 | 1,979.54 | 0.00 | Secured | 100.00 |
| 004-0 | HUNTINGTON NATIONAL BANK | 5555 CLEVELAND AVE GW1N10<br>COLUMBUS,OH 43231- | 11/29/2023 | 28,453.44 | 0.00 | 0.00 | Direct | |
| 005-0 | PERFORMANCE FINANCE C/O WAYFIN<br>PO BOX 3882 | AS AGENT FOR PERFORMANCE FINAN<br>OAK BROOK,IL 60522-3882 | 11/18/2023 | 1,148.68 | 1,148.68 | 0.00 | Secured | 100.00 |
| 006-0 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | 11/13/2023 | 4,790.57 | 4,790.57 | 0.00 | Priority | 100.00 |
| 006-1 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | 11/13/2023 | 437.16 | 437.16 | 0.00 | Unsecured | 100.00 |
| 007-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK,VA 23541- | 12/06/2023 | 2,192.49 | 2,192.49 | 0.00 | Unsecured | 100.00 |
| 008-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 11/08/2023 | 557.37 | 557.37 | 0.00 | Unsecured | 100.00 |
| 010-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK,VA 23541- | 12/04/2023 | 2,026.07 | 2,026.07 | 0.00 | Unsecured | 100.00 |
| 011-0 | DISCOVER BANK<br>PO BOX 3025 | DISCOVER PRODUCTS INC<br>NEW ALBANY,OH 43054-3025 | 10/03/2023 | 968.36 | 968.36 | 0.00 | Unsecured | 100.00 |
| 012-0 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 772813<br>CHICAGO,IL 60677-2813 | 12/05/2023 | 1,380.51 | 1,380.51 | 0.00 | Unsecured | 100.00 |
| 013-0 | FIRST NATIONAL BANK OF OMAHA | 1620 DODGE ST  STOP CODE 3113<br>OMAHA,NE 68197- | 10/16/2023 | 6,690.68 | 6,690.68 | 0.00 | Unsecured | 100.00 |
| 014-0 | ACHIEVE PERSONAL LOANS | PO BOX 2340<br>PHOENIX,AZ 85002- | 09/29/2023 | 13,320.30 | 13,320.30 | 0.00 | Unsecured | 100.00 |
| 016-0 | ONEMAIN FINANCIAL | PO BOX 3251<br>EVANSVILLE,IN 47731-3251 | 10/18/2023 | 16,947.07 | 0.00 | 0.00 | Direct | |
| 017-0 | LVNV FUNDING LLC<br>PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE,SC 29603-0587 | 11/11/2023 | 2,627.27 | 2,627.27 | 0.00 | Unsecured | 100.00 |
| 018-0 | BANK OF MISSOURI | 2700 S LORRAINE PL<br>SIOUX FALLS,SD 57106- | 10/24/2023 | 576.68 | 576.68 | 0.00 | Unsecured | 100.00 |
| 020-0 | U.S. DEPARTMENT OF HUD | 2000 N CLASSEN BLVD  SUITE 320<br>OKLAHOMA CITY,OK 73106- | 09/29/2023 | 5,559.72 | 0.00 | 0.00 | Direct | |

# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page   2

In RE:   **PAUL ANDREUCCETTI**  
225 E FOREST ST  

MARENGO IL 60152

Case Number     5/6/2024

**23-81173  TML**

SS #:   xxx-xx-1496     xxx-xx-

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer  
-----------------------------------------  
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL  on  ____5/6/2024_____          By _____/S/DOMINIC TASSONI_____